CUSTODY, INT-SPA, TERMED

# U.S. District Court
## District of New Mexico - Version 4.0.3 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:09-cr-00904-LH-1

| | |
|---|---|
| Case title: USA v. Torres-Gomez | Date Filed: 04/09/2009 |
| | Date Terminated: 03/31/2010 |

Assigned to: District Judge C. LeRoy Hansen

### Defendant (1)

| | | |
|---|---|---|
| **Gabriel Torres-Gomez**<br>*TERMINATED: 03/31/2010* | represented by | **Jean A McCray**<br>Law Office of Jean A. McCray<br>851 Silver Avenue, SW<br>Albuquerque, NM 87102<br>505-243-3488<br>Fax: 505-243-8688<br>Email: mccraylawoffice@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 21:841(b)(1)(C): POSSESSION WITH INTENT TO DISTRIBUTE HEROIN<br>(1) | SENTENCE IMPOSED: CBOP 343 days or time served; 3 years unsupervised release w/special conditions; ICE to begin removal proceedings; SPA waived; deft in custody |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Linda Mott**<br>United States Attorney's Office<br>District of New Mexico<br>Post Office Box 607<br>Albuquerque, NM 87103<br>505-346-7274<br>Fax: 505-346-7296<br>Email: linda.j.mott@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Norman Cairns**<br>US Attorney's Office - ABQ<br>PO Box 607<br>Albuquerque, NM 87103<br>Email: norman.cairns@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2009 | 2 | REDACTED INDICTMENT by USA as to Gabriel Torres-Gomez (mk) (Entered: 04/10/2009) |
| 04/22/2009 | | Case unsealed as to Gabriel Torres-Gomez (kd) (Entered: 04/22/2009) |
| 04/22/2009 | | Arrest of Gabriel Torres-Gomez (kd) (Entered: 04/22/2009) |
| 04/22/2009 | | Set Hearings as to Gabriel Torres-Gomez: Initial Appearance set for 4/23/2009 at 9:30 AM in Albuquerque - 340 Pecos Courtroom before Magistrate Judge Don J. Svet. (kd) (Entered: 04/22/2009) |
| 04/23/2009 | | Attorney update in case as to Gabriel Torres-Gomez. Attorney Jean A McCray for Gabriel Torres-Gomez added. (ma) (Entered: 04/23/2009) |
| 04/23/2009 | 4 | Clerk's Minutes before Magistrate Judge Don J. Svet: Initial Appearance as to Gabriel Torres-Gomez held; Arraignment/Detention set for 4/24/2009 09:30 AM in Albuquerque - 340 Pecos Courtroom; deft held in custody of USMS (Tape #FTR-Peco s@ 10:24 am)(Interpreter: M. Lozano) (kd) (Entered: 04/23/2009) |
| 04/23/2009 | 5 | ORAL ORDER of Temporary Detention pending hearing as to Gabriel Torres-Gomez by Magistrate Judge Don J. Svet<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.](kd) (Entered: 04/23/2009) |
| 04/23/2009 | 7 | MOTION to Detain by USA as to Gabriel Torres-Gomez. (mk) (Entered: |

| | | |
|---|---|---|
| | | 04/23/2009) |
| 04/23/2009 | 8 | CJA 20: Appointment of Attorney Jean A McCray for Gabriel Torres-Gomez by Magistrate Judge Don J. Svet (mk) (Entered: 04/24/2009) |
| 04/24/2009 | | Judge update in case as to Gabriel Torres-Gomez. District Judge C. LeRoy Hansen added. (kd) (Entered: 04/24/2009) |
| 04/24/2009 | 9 | Clerk's Minutes before Magistrate Judge Don J. Svet: Arraignment/Detention as to Gabriel Torres-Gomez (1) Count 1 held; deft pleads not guilty; attorney Ben Wilson Jean McCray present; motions due 5/14/09; Court to notify of trial date; deft remanded to custody of USMS (Tape #FTR-Pecos @ 10:28 am) (Interpreter: J.J. Pena) (kd) (Entered: 04/24/2009) |
| 04/24/2009 | 10 | ORDER OF DETENTION by Magistrate Judge Don J. Svet as to Gabriel Torres-Gomez re: 7 MOTION to Detain filed by USA (kd) (Entered: 04/24/2009) |
| 04/24/2009 | 11 | DISCOVERY ORDER as to Gabriel Torres-Gomez by Magistrate Judge Don J. Svet (kd) (Entered: 04/24/2009) |
| 04/28/2009 | 12 | ARREST Warrant Returned Executed on 4/22/2009 as to Gabriel Torres-Gomez. (jrm) (Entered: 04/29/2009) |
| 05/04/2009 | 13 | NOTICE OF TRIAL as to Gabriel Torres-Gomez: Jury Instructions due by 6/15/2009. Motions in Limine due by 6/8/2009. Responses to said motions due by 6/15/2009. Jury Selection/Trial set for 6/22/2009 @ 08:30 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen. (jrm) (Entered: 05/04/2009) |
| 06/05/2009 | 14 | First Unopposed MOTION to Continue *Trial Setting of June 22, 2009* by Gabriel Torres-Gomez. (McCray, Jean) Modified on 6/8/2009 (jrm). (Entered: 06/05/2009) |
| 06/12/2009 | 15 | ORDER TO CONTINUE - Ends of Justice as to Gabriel Torres-Gomez Time excluded from 6/12/2009 until 9/21/2009. Terminated document(s): 14 Unopposed MOTION to Continue *Trial Setting of June 22, 2009* filed by Gabriel Torres-Gomez by Senior District Judge C. LeRoy Hansen Jury Trial is RESET for 9/21/2009 at 8:30 AM in Albuquerque - 420 Mimbres Courtroom before Senior District Judge C. LeRoy Hansen. (bap) (Entered: 06/12/2009) |
| 08/31/2009 | 16 | Unopposed MOTION to Continue *Trial Setting of September 21, 2009* by Gabriel Torres-Gomez. (McCray, Jean) (Entered: 08/31/2009) |
| 09/10/2009 | 17 | ORDER TO CONTINUE - Ends of Justice as to Gabriel Torres-Gomez Time excluded from 9/10/2009 until 11/16/2009. Terminated document(s): 16 Unopposed MOTION to Continue *Trial Setting of September 21, 2009* filed by Gabriel Torres-Gomez by District Judge C. LeRoy Hansen ; Jury Selection/Trial reset for 11/16/2009 @ 08:30 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen. (jrm) (Entered: 09/10/2009) |
| 09/10/2009 | 18 | Unopposed MOTION for Extension of Time to File *Pretrial Motions/Motions in Limine* by Gabriel Torres-Gomez. (McCray, Jean) (Entered: 09/10/2009) |

| | | |
|---|---|---|
| 09/16/2009 | 19 | ORDER by District Judge C. LeRoy Hansen granting 18 Defendant's Unopposed Motion for Extension of Time until November 6, 2009 in which to File Pretrial Motions as to Gabriel Torres-Gomez (1) (jrm) (Entered: 09/16/2009) |
| 10/28/2009 | 20 | ORDER by District Judge C. LeRoy Hansen regarding requirements for motions to continue in criminal cases as to Gabriel Torres-Gomez (dmw) (Entered: 10/28/2009) |
| 11/02/2009 | 21 | Unopposed MOTION to Continue *Trial Setting of November 16, 2009* by Gabriel Torres-Gomez. (McCray, Jean) (Entered: 11/02/2009) |
| 11/03/2009 | 22 | MOTION to Suppress *and Memorandum in Support Thereof* by Gabriel Torres-Gomez. (McCray, Jean) (Entered: 11/03/2009) |
| 11/04/2009 | 23 | ORDER TO CONTINUE - Ends of Justice as to Gabriel Torres-Gomez Time excluded from 11/04/09 until 01/19/10. Terminated document(s): 21 Unopposed MOTION to Continue *Trial Setting of November 16, 2009* filed by Gabriel Torres-Gomez; Jury Selection/Trial reset for 1/19/2010 at 08:30 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen and attached deadlines(ln) (Entered: 11/04/2009) |
| 11/23/2009 | 24 | MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Suppress *and Memorandum in Support Thereof* by USA as to Gabriel Torres-Gomez. (Cairns, Norman) Modified text on 11/24/2009 (dmw). (Entered: 11/23/2009) |
| 11/25/2009 | 25 | ORDER by District Judge C. LeRoy Hansen granting 24 Motion for Extension of Time to File Response to Motion to Suppress until 11/30/2009 as to Gabriel Torres-Gomez (1) (dmw) (Entered: 11/25/2009) |
| 11/30/2009 | 26 | RESPONSE to Motion by USA as to Gabriel Torres-Gomez re 22 MOTION to Suppress *and Memorandum in Support Thereof* (Cairns, Norman) (Entered: 11/30/2009) |
| 12/26/2009 | 27 | RESPONSE to Motion by USA as to Gabriel Torres-Gomez re 22 MOTION to Suppress *and Memorandum in Support Thereof* (Cairns, Norman) (Entered: 12/26/2009) |
| 01/07/2010 | 28 | NOTICE OF HEARING ON MOTION in case as to Gabriel Torres-Gomez 22 MOTION to Suppress *and Memorandum in Support Thereof* : Motion Hearing set for 1/27/2010 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen.<br>THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.<br>(jmg) (Entered: 01/07/2010) |
| 01/14/2010 | 29 | ORDER TO CONTINUE - Ends of Justice as to Gabriel Torres-Gomez by District Judge C. LeRoy Hansen: Jury Selection/Trial reset for 2/22/2010 at 08:30 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen. (dmw) (Entered: 01/14/2010) |
| 01/20/2010 | 30 | REPLY TO RESPONSE to Motion by Gabriel Torres-Gomez re 22 MOTION to Suppress *and Memorandum in Support Thereof* (McCray, Jean) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2010) |
| 01/20/2010 | 31 | MINUTE ORDER, pursuant to the direction of District Judge C. LeRoy Hansen, as to Gabriel Torres-Gomez<br>PLEASE TAKE NOTICE THAT THE TIME OF THE MOTION HEARING HAS BEEN RESET.<br>Motion Hearing set for 1/27/2010 at 09:30 AM in Albuquerque - 420 Mimbres Courtroom.<br>THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.<br>(jmg) (Entered: 01/20/2010) |
| 01/25/2010 | 32 | NOTICE OF ATTORNEY APPEARANCE Linda Mott appearing for USA. *as co-counsel* (Mott, Linda) (Entered: 01/25/2010) |
| 01/25/2010 | 33 | MOTION to Continue *Motion setting* by USA as to Gabriel Torres-Gomez. (Attachments: # 1 Supplement Order)(Mott, Linda) (Entered: 01/25/2010) |
| 01/25/2010 | | Attorney update in case as to Gabriel Torres-Gomez. Attorney Linda Mott for USA added. (dmw) (Entered: 01/26/2010) |
| 01/26/2010 | 34 | MINUTE ORDER, pursuant to the direction of District Judge C. LeRoy Hansen, vacating the motion hearing set for 1/27/10 at 9:30 a.m.<br>THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.<br>(jmg) (Entered: 01/26/2010) |
| 01/28/2010 | 35 | ORDER by District Judge C. LeRoy Hansen as to Gabriel Torres-Gomez, Granting 33 MOTION to Continue *Motion setting* filed by USA. Motion Hearing set for 3/10/2010 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom. (jmg) (Entered: 01/28/2010) |
| 01/28/2010 | 36 | ORDER TO CONTINUE - Ends of Justice as to Gabriel Torres-Gomez Time excluded from 1/28/2010 until 4/19/2010. by Senior District Judge C. LeRoy Hansen Jury Selection/Trial is RESET for 4/19/2010 at 08:30 AM in Albuquerque - 420 Mimbres Courtroom before Senior District Judge C. LeRoy Hansen. (bap) (Entered: 01/29/2010) |
| 03/02/2010 | 38 | NOTICE *of Expert Testimony* by USA as to Gabriel Torres-Gomez (Attachments: # 1 Supplement Resume of Expert)(Mott, Linda) (Entered: 03/02/2010) |
| 03/10/2010 | 39 | Clerk's Minutes for proceedings held on 3/10/2010 before District Judge C. LeRoy Hansen: Motion Hearing as to Gabriel Torres-Gomez re 22 MOTION to Suppress *and Memorandum in Support Thereof* filed by Gabriel Torres-Gomez ; Court denies motion. (Court Reporter: J. De La Rosa) (jrm) (Entered: 03/10/2010) |
| 03/12/2010 | 40 | NOTICE OF HEARING as to Gabriel Torres-Gomez Change of Plea Hearing set for 3/16/2010 at 01:30 PM in Albuquerque - 520 Gila Courtroom before Magistrate Judge Alan C. Torgerson. [*Interpreter Needed*](dds)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 03/12/2010) |

| | | |
|---|---|---|
| 03/16/2010 | 41 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Gabriel Torres-Gomez (mk) (Entered: 03/16/2010) |
| 03/16/2010 | 42 | PLEA AGREEMENT as to Gabriel Torres-Gomez (mk) (Entered: 03/16/2010) |
| 03/16/2010 | 43 | Clerk's Minutes for proceedings held before Magistrate Judge Alan C. Torgerson: Plea Hearing as to Gabriel Torres-Gomez held on 3/16/2010; Guilty Plea entered to the Indictment; court to notify of sentencing date; EXPEDITED Presentence report ordered; deft remains in custody (Tape #:FTR-Gila @ 3:14 pm)(Interpreter: Bethany Korp-Edwards) (mlg) (Entered: 03/17/2010) |
| 03/17/2010 | 44 | ORDER by District Judge C. LeRoy Hansen denying 22 Defendant's Motion to Suppress as to Gabriel Torres-Gomez (1) (jrm) (Entered: 03/17/2010) |
| 03/22/2010 | 45 | NOTICE OF HEARING as to Gabriel Torres-Gomez Sentencing set for 3/30/2010 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen. [*Interpreter Needed*](jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 03/22/2010) |
| 03/29/2010 | 46 | NOTICE OF HEARING as to Gabriel Torres-Gomez Sentencing re-set for 3/31/2010 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge C. LeRoy Hansen. Hearing scheduled for 3/30/2010 is vacated. [*Interpreter Needed*](nm)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 03/29/2010) |
| 03/31/2010 | 47 | Clerk's Minutes for proceedings held before District Judge C. LeRoy Hansen: Sentencing held on 3/31/2010 for Gabriel Torres-Gomez (1), Count(s) 1, SENTENCE IMPOSED: CBOP 343 days or time served; 3 years unsupervised release w/special conditions; ICE to begin removal proceedings; SPA waived; deft in custody. (Court Reporter: T. Garrett)(Interpreter: Michael Kagan) (dmw) (Entered: 03/31/2010) |
| 04/06/2010 | 48 | JUDGMENT by District Judge C. LeRoy Hansen as to Defendant Gabriel Torres-Gomez (jmg) (Entered: 04/06/2010) |
| 04/08/2010 | 50 | Judgment Returned Executed as to Gabriel Torres-Gomez on 3/31/2010; defendant delivered to USMS - DNM. (jrm) (Entered: 04/08/2010) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/26/2011 10:31:47 | | |
| **PACER Login:** ud0329 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:09-cr-00904-LH |
| **Billable Pages:** 4 | **Cost:** | 0.32 |