Prob12.frm
(Rev. 10/00)

LRCrim. 5.1 APPLICABLE: RELATED CASE 10CR02485-001-TUC-DCB(HCE)

# UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA

United States v. Gabriel Torres-Gomez
(AKA: Heriberto Salazar-Torres)

Docket 11-CR-50009-DCB(HCE)

**Petition to Revoke Supervised Release**

**SEALED**

  **COMES NOW PROBATION OFFICER** Beatriz Castillo presenting an official report on Gabriel Torres-Gomez who was committed to the Bureau of Prisons for 343 days or time served, whichever is less, on March 31, 2010, by the Honorable C. LeRoy Hansen, presiding in the District Court of New Mexico. A 36-month term of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on March 31, 2010.

Torres-Gomez was convicted of Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class C felony.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation of Mandatory Condition: The defendant shall not commit another federal, state, or local crime.**

On or prior to August 24, 2010, the defendant violated 8 U.S.C. § 1326. The crime is punishable by a term of imprisonment exceeding one year and therefore constitutes a Grade B violation. §7B1.1(a)(2)

Evidence supporting the alleged violation consists of records confirming the defendant's deportation on April 2, 2010, through Del Rio, Texas, and records verifying he entered, attempted to enter, or was found in the United States without authorization on August 24, 2010, when he was arrested by immigration officials near Pia Oik within the District of Arizona.

PO, AUSA, USM

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to accept jurisdiction from the District of New Mexico and to issue a warrant for Gabriel Torres-Gomez.

_____    January 7, 2011
**Beatriz Castillo**                Date
**U.S. Probation Officer Assistant**
Office: (520) 205-4412
Cellular: (520) 631-7621

**Reviewed by**

_____    January 7, 2011
**J. Vince Romero**                 Date
**Supervisory U.S. Probation Officer**
Office: (520) 205-4466
Cellular: (520) 869-9354

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court accepts jurisdiction from the District of New Mexico. The Court orders the issuance of a warrant for Gabriel Torres-Gomez. Considered and ordered this __11__ day of __Jan__, 20__11__, and ordered filed and made a part of the records in the above case.

_____
**The Honorable David C. Bury**
**U.S. District Judge**

Defense Counsel:
Wanda K. Day (To be appointed)
Post Office Box 86840
Tucson, Arizona 85754
(520) 791-9630