# UNITED STATES DISTRICT COURT

District of Arizona

United States of America
v.
**GABRIEL TORRES-GOMEZ**
(aka Heriberto Salazar-Torres)

CASE NUMBER : CR-11-50009-TUC-DCB(HCE)

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**GABRIEL TORRES-GOMEZ**
(aka Heriberto Salazar-Torres)

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court

☒ Violation Notice ☐ Pretrial Release Violation Petition

This offense is briefly described as follows: violation of his conditions of supervised release imposed by the Honorable C. LeRoy Hansen on March 31, 2010, in the District of New Mexico.

_CSchwader_
Signature of Issuing Officer

January 11, 2011, USDC
Date and Location

C. Schwader
(By) Deputy Clerk

Tucson, Arizona
City and State

Bail fixed at $ __DEFT. TO BE HELD WITHOUT BOND__

By: Hon. David C. Bury
United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

| Date Received | Printed Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 01-13-11 | Subject arrested by USM and initialed on 01-13-11 the District of Arizona | |
| Date of Arrest 01-13-11 | | |

PO, AUSA, USM