# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
      v.
**HERIBERTO SALAZAR-TORRES**

No. **CR 11-50009-001-TUC-DCB(HCE)**

USM#: 17105-3008
ICE#: A87451931

**JUDGMENT AND COMMITMENT**
**REVOCATION OF SUPERVISED RELEASE**

Wanda K. Day, (Appointed)
Attorney for Defendant

On 3/31/2010 the defendant, present with counsel, appeared for sentencing for violating, Title 21, U.S.C. §841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Heroin, a Class C Felony offense, as charged in the Indictment filed in the District of New Mexico.

> The defendant was sentenced to a term of imprisonment of **TIME SERVED,** and upon release **THREE (3) YEARS** of supervised release to follow.

On 1/11/2011 jurisdiction in this matter was transferred to the District of Arizona.

On 1/11/2011 the United States Probation Office filed a petition to revoke the term of supervised release.

On 2/17/2011 the defendant appeared with counsel and admitted the single allegation as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 3/31/2010 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FOUR (4) MONTHS**, with NO term of supervised release to follow.

**IT IS FURTHER ORDERED** the disposition imposed herein shall run consecutive to the sentence imposed in **CR-10-2487-TUC-DCB.**

**THE COURT FINDS** that the defendant has been sentenced in accordance with the terms of the plea agreement and that he has waived his right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution near Cibola, New Mexico, near his family.

<u>May 10, 2011</u>
Date of Imposition of Sentence

DATED this 16th day of May, 2011.

*David C. Bury*
United States District Judge

copy: AUSA/Cassell; Cnsl/Day; PO; USM/2cc; ICE/1cc